IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CT-3198-BO

| | | |
|---|---|---|
| LILTON WILLIAMS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| ASSISTANT SUPERINTENDENT MCRAE, et al., | ) ) ) ) | |
| Defendants. | ) | |

Plaintiff filed this civil rights action *pro se* pursuant to 42 U.S.C. § 1983. On March 30, 2018, the court ordered plaintiff to show cause why this action should not be dismissed for failure to prosecute. Plaintiff was given 14 days to provide the court with the requested information and was warned that if he failed to timely respond, an order of dismissal would issue. The time period provided has lapsed without response, and the action, therefore, is DISMISSED without prejudice. The Clerk of Court is DIRECTED to close this case.

SO ORDERED, this the __16__ day of April, 2018.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge