UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

| | |
|---|---|
| LILTON WILLIAMS,<br>    Plaintiff,<br><br>v.<br><br>ASSISTANT SUPERINTENDENT MCRAE, SGT. OXENDINE, SGT. LOWERY, SGT. POWELL, OFFICER J.P. HUNT, TONY LOWERY, ERIC BULLARD,<br>    Defendants, | **JUDGMENT IN A CVIIL CASE**<br>**CASE NO. 5:15-CT-3198-BO** |

Decision by Court.

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff was given 14 days to provide the court with the requested information regarding the order to show cause and was warned that if he failed to timely respond, an order of dismissal would issue. The time period provided has lapsed without response, and the action, therefore, is DISMISSED without prejudice. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on April 16, 2018, and Copies to:**

Lilton Williams (via US Mail to 914 Martin Street, Wilmington, NC 28401)

Yvonne Bulluck Ricci (via CM/ECF Notice of Electronic Filing)

DATE

April 16, 2018

PETER A. MOORE, JR, CLERK

_____

(By) Susan K. Edwards, Deputy Clerk